Travis Eiva, OSB No. 052440
travis@zempereiva.com
Zemper Eiva Law LLC
101 East Broadway, Ste. 303
Eugene, OR 97401
Telephone: (541)-636-7480
Facsimile: (458) 205-8658

of Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| TRAVIS BATTEN,<br><br>               Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>               Defendant. | Case No. 3:19-cv-01200-MC<br><br>Consolidated with:<br>Case No. 1:18-cv-00676-MC<br><br>DECLARATION OF TRAVIS EIVA IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

I, Travis Eiva, do hereby state as follows:

1. I make this Declaration in support of Plaintiff's Motion for Partial Summary Judgment.

2. Attached as Exhibit 1 to this Declaration is a true and correct copy of the Declarations Page for State Farm Policy No. 110 5075-C11-37A issued to Travis R. Batten, that was in full force and effect on October 31, 2017 (the day of the subject collision).

3. Attached as Exhibit 2 to this Declaration is a true and correct copy of the Declarations Page for State Farm Policy No. 065 0652-F10-37C issued to Travis R. Batten, that was in full force and effect on October 31, 2017.

4. Attached as Exhibit 3 to this Declaration is a true and correct copy of the Declarations Page for State Farm Policy No. 274 2245-A12-37E issued to Travis R. Batten, that was in full force and effect on October 31, 2017.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATE: January 31, 2020.

ZEMPER EIVA LAW LLC

/s/Travis Eiva
Travis Eiva, OSB No. 052440

State Farm Mutual Automobile Insurance Company
PO Box 5000
DuPont, WA 98327-5000

65610-1-A  MUTL  VOL

**DECLARATIONS PAGE**

NAMED INSURED
AT2         37-2134-1 A   A
000770 0058
BATTEN, TRAVIS R
405 CREEL RD
TALENT OR 97540-9622

POLICY NUMBER 110 5075-C11-37A
POLICY PERIOD OCT 06 2017 to MAR 11 2018
12:01 A.M. Standard Time

STATE FARM PAYMENT PLAN NUMBER
0195078015
AGENT
RORY WOLD INSURANCE AGENCY INC
2019 AERO WAY STE 101
MEDFORD, OR 97504-9789

PHONE: (541)773-1404 or (541)773-1423

DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.
IF AN AMOUNT IS DUE, THEN A SEPARATE STATEMENT IS ENCLOSED.

### YOUR CAR

| YEAR | MAKE | MODEL | BODY STYLE | VEHICLE ID. NUMBER | CLASS |
|---|---|---|---|---|---|
| 1985 | TOYOTA | XTRA CAB | PICKUP | JT4RN66D3F5057813 | 603H50M000 |

| SYMBOLS | COVERAGE & LIMITS | PREMIUMS |
|---|---|---|
| A P2 | Combined Premium | $109.94 |
| A | Liability Coverage | |
| | Bodily Injury Limits | |
| | Each Person, Each Accident | |
| | $250,000    $500,000 | |
| | Property Damage Limit | |
| | Each Accident | |
| | $100,000 | |
| P2 | Personal Injury Protection Coverage | |
| | (See Policy Schedule for Limits.) | |
| D | Comprehensive Coverage | $16.93 |
| G | Collision Coverage - $250 Deductible | $28.94 |
| H | Emergency Road Service Coverage | $4.56 |
| U | Uninsured Motor Vehicle Coverage | $37.52 |
| | Bodily Injury Limits | |
| | Each Person, Each Accident | |
| | $250,000    $500,000 | |

Total premium for OCT 06 2017 to MAR 11 2018.   $197.89   This is not a bill.

### IMPORTANT MESSAGES

Replaced policy number 1105075-37.
Your total renewal premium for SEP 11 2017 to MAR 11 2018 is $229.84.

### EXCEPTIONS, POLICY BOOKLET & ENDORSEMENTS (See policy booklet & individual endorsements for coverage details.)

YOUR POLICY CONSISTS OF THIS DECLARATIONS PAGE, THE POLICY BOOKLET -
FORM 9837B, AND ANY ENDORSEMENTS THAT APPLY, INCLUDING THOSE ISSUED TO YOU
WITH ANY SUBSEQUENT RENEWAL NOTICE.
6091T      CERTIFICATE OF GUARANTEED RENEWAL.
6128BL     AMENDATORY ENDORSEMENT.
6937B.2    AMENDATORY ENDORSEMENT.

Agent:     RORY WOLD INSURANCE AGENCY INC
Telephone: (541)773-1404

See Reverse Side   Prepared 1 OCT 10 2017   2134-AE6

EXHIBIT 1: Page 1 of 1

State Farm Mutual Automobile Insurance Company
PO Box 5000
DuPont, WA 98327-5000

82628-1-P    MUTL  VOL

**DECLARATIONS PAGE**

NAMED INSURED
AT2    37-2134-1  P    A
001165  0058
BATTEN, TRAVIS R
405 CREEL RD
TALENT OR  97540-9622

POLICY NUMBER   065 0652-F10-37C
POLICY PERIOD OCT 06 2017 to DEC 10 2017
12:01 A.M. Standard Time

STATE FARM PAYMENT PLAN NUMBER
0195078015
AGENT
RORY WOLD INSURANCE AGENCY INC
2019 AERO WAY STE 101
MEDFORD, OR 97504-9789

PHONE: (541)773-1404 or (541)773-1423

**DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.
IF AN AMOUNT IS DUE, THEN A SEPARATE STATEMENT IS ENCLOSED.**

YOUR CAR

| YEAR | MAKE | MODEL | BODY STYLE | VEHICLE ID. NUMBER | CLASS |
|---|---|---|---|---|---|
| 1997 | TOYOTA | 4 RUNNER | SPORT WG | JT3HN86R4V0085719 | 603H50M000 |

| SYMBOLS | COVERAGE & LIMITS | PREMIUMS |
|---|---|---|
| A P2 | Combined Premium | $56.17 |
| A | Liability Coverage | |
| | Bodily Injury Limits | |
| | Each Person, Each Accident | |
| | $250,000     $500,000 | |
| | Property Damage Limit | |
| | Each Accident | |
| | $100,000 | |
| P2 | Personal Injury Protection Coverage | |
| | (See Policy Schedule for Limits.) | |
| D | Comprehensive Coverage | $11.68 |
| G | Collision Coverage - $250 Deductible | $20.59 |
| H | Emergency Road Service Coverage | $1.89 |
| U | Uninsured Motor Vehicle Coverage | $15.51 |
| | Bodily Injury Limits | |
| | Each Person, Each Accident | |
| | $250,000     $500,000 | |
| | Total premium for OCT 06 2017 to DEC 10 2017. | $105.84  This is not a bill. |

**IMPORTANT MESSAGES**

Replaced policy number 0650652-37B.

Your total renewal premium for JUN 10 2017 to DEC 10 2017 is $297.32.

**EXCEPTIONS, POLICY BOOKLET & ENDORSEMENTS** (See policy booklet & individual endorsements for coverage details.)

YOUR POLICY CONSISTS OF THIS DECLARATIONS PAGE, THE POLICY BOOKLET -
FORM 9837B, AND ANY ENDORSEMENTS THAT APPLY, INCLUDING THOSE ISSUED TO YOU
WITH ANY SUBSEQUENT RENEWAL NOTICE.
6091T       CERTIFICATE OF GUARANTEED RENEWAL.
6128BL      AMENDATORY ENDORSEMENT.
6937B.2     AMENDATORY ENDORSEMENT.

Agent:    RORY WOLD INSURANCE AGENCY INC
Telephone: (541)773-1404

01569/02896        See Reverse Side    Prepared  OCT 13 2017    2134-AE6
155-3866.2 04-2005 (o1a025hd)
I4SX0N  (o1a025le)      (o1a0254c)

EXHIBIT 2: Page 1 of 1

State Farm Mutual Automobile Insurance Company
PO Box 5000
DuPont, WA 98327-5000

NAMED INSURED
AT2  37-2134-1 A  A
000771  0058
BATTEN, TRAVIS R
405 CREEL RD
TALENT OR 97540-9622

65610-1-A  MUTL  VOL

**DECLARATIONS PAGE**

POLICY NUMBER 274 2245-A12-37E
POLICY PERIOD OCT 06 2017 to JAN 12 2018
12:01 A.M. Standard Time

STATE FARM PAYMENT PLAN NUMBER
0195078015
AGENT
RORY WOLD INSURANCE AGENCY INC
2019 AERO WAY STE 101
MEDFORD, OR 97504-9789

PHONE: (541)773-1404 or (541)773-1423

DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.
IF AN AMOUNT IS DUE, THEN A SEPARATE STATEMENT IS ENCLOSED.

**YOUR CAR**

| YEAR | MAKE | MODEL | BODY STYLE | VEHICLE ID. NUMBER | CLASS |
|---|---|---|---|---|---|
| 1978 | FORD | F150 SUPER | PICKUP | X14HKAJ6781 | 603H50M000 |

| SYMBOLS | COVERAGE & LIMITS | PREMIUMS |
|---|---|---|
| A P2 | Combined Premium | $72.94 |
| A | Liability Coverage | |
| | Bodily Injury Limits | |
| | Each Person, Each Accident | |
| | $250,000  $500,000 | |
| | Property Damage Limit | |
| | Each Accident | |
| | $100,000 | |
| P2 | Personal Injury Protection Coverage | |
| | (See Policy Schedule for Limits.) | |
| D | Comprehensive Coverage | $5.05 |
| G | Collision Coverage - $250 Deductible | $12.02 |
| H | Emergency Road Service Coverage | $2.82 |
| U | Uninsured Motor Vehicle Coverage | $23.23 |
| | Bodily Injury Limits | |
| | Each Person, Each Accident | |
| | $250,000  $500,000 | |

Total premium for OCT 06 2017 to JAN 12 2018.   $116.06   This is not a bill.

**IMPORTANT MESSAGES**

Replaced policy number 2742245-37D.

Your total renewal premium for JUL 12 2017 to JAN 12 2018 is $217.75.

EXCEPTIONS, POLICY BOOKLET & ENDORSEMENTS (See policy booklet & individual endorsements for coverage details.)
YOUR POLICY CONSISTS OF THIS DECLARATIONS PAGE, THE POLICY BOOKLET -
FORM 9837B, AND ANY ENDORSEMENTS THAT APPLY, INCLUDING THOSE ISSUED TO YOU
WITH ANY SUBSEQUENT RENEWAL NOTICE.
6091T      CERTIFICATE OF GUARANTEED RENEWAL.
6128BL     AMENDATORY ENDORSEMENT.
6937B.2    AMENDATORY ENDORSEMENT.

Agent:     RORY WOLD INSURANCE AGENCY INC
Telephone: (541)773-1404
Prepared 1 OCT 10 2017     2134-AE6

EXHIBIT 3: Page 1 of 1