Travis Eiva, OSB No. 052440
travis@zemereiva.com
Zemper Eiva Law LLC
101 East Broadway, Ste. 303
Eugene, OR 97401
Telephone: (541)-636-7480
Facsimile: (458) 205-8658

Michael Brian, OSB No. 710309
michael@brianlawfirm.com
Brian Law Firm LLC
1611 East Barnett Rd.
Medford, OR 97501
Telephone: (5410 772-1334
Facsimile: (541) 770-5560

of Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| TRAVIS BATTEN,<br><br>                        Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; ILLINOIS NATIONAL INSURANCE COMPANY and COUNTRY PREFERRED INSURANCE COMPANY,<br><br>                        Defendants. | Cause No. 1:18-cv-00676-MC<br><br>***Consolidated with:***<br>Cause No. 3:19-cv-01200-MC<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL** |

## STIPULATION FOR DISMISSAL

COME NOW Plaintiff Travis Batten ("Plaintiff") and Defendant Illinois National Insurance Company ("Illinois National"), by and through their undersigned counsel, and hereby notify the Court that Plaintiff and Illinois National have settled Plaintiff's claims against Illinois

National in the above-captioned matter.[1] Accordingly, Plaintiff and Illinois National now request that this Court enter this Order of Dismissal of Plaintiff's claims against Illinois National with Prejudice.

IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Illinois National that Plaintiff's claims against Illinois National in the above-captioned matter are dismissed in their entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41.

IT IS FURTHER STIPULATED AND AGREED that Plaintiff and Illinois National are to bear their own costs and attorneys' fees.

IT IS FURTHER STIPULATED AND AGREED that Plaintiff's claims against State Farm Mutual Automobile Insurance Company are not settled.

BRIAN LAW FIRM, LLC

Dated: February 11, 2020

By:/s/ Michael Brian
Michael Brian (OSB # 710309)
Attorney for: Plaintiff Travis Batten

GORDON REES SCULLY MANSUKHANI, LLP

Dated: February 11, 2020

By:/s/ Donald J. Verfurth
Donald J. Verfurth (OSB # 066480)
Stephanie M. Ries (OSB # 111734)
Attorneys for: Defendant Illinois National Insurance Company

/ / /

/ / /

/ / /

/ / /

---

[1] Plaintiff and Illinois National note that Plaintiff still has pending claims in the consolidated lawsuit, Case No. 3:19-cv-01200-MC, against State Farm Mutual Automobile Insurance Company ("State Farm"). As a result, despite the Stipulation and Order of Dismissal regarding Plaintiff's claims against Illinois National, the case is active and should remain open as to Plaintiff's claims against State Farm.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed Plaintiff's and Illinois National's Stipulation for Dismissal, hereby ORDERS:

1. That Plaintiff's claims against Illinois National are DISMISSED in their entirety, with Prejudice; and

2. Plaintiff and Illinois National shall bear their own fees and costs associated with the lawsuit.

SO ORDERED this ____ day of February, 2020.

_____
Honorable Michael J. McShane
United States District Judge

# CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Oregon that on this date I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

>Donald J. Verfurth, OSB No. 066480
>Stephanie M. Ries, OSB No. 111734
>GORDON REES SCULLY MANSUKHANI, LLP
>701 5th Avenue, Suite 2100
>Seattle, WA 98104
>Telephone: (206) 695-5111
>Facsimile: (206) 689-2822
>Email: dverfurth@grsm.com
>　　　　sries@grsm.com
>*Counsel for Defendant*
>*Illinois National Insurance Company*
>
>Ralph C. Spooner, OSB No. 732880
>Spooner & Much, P.C.
>530 Center Street N.E., Ste. 712
>Salem, OR 97301
>Tel: (503) 378-7777
>Email: rspooner@smapc.com
>*Counsel for Defendant State Farm*
>
>Travis Eiva, OSB No. 052440
>Zemper Eiva Law LLC
>101 E. Broadway, Ste. 303
>Eugene, OR 97401
>Tel: (541) 636-7480
>Email: travis@zempereiva.com
>*Co-Counsel for Plaintiff*

Dated February 18, 2020.

　　　　　　　　　　　　　　　　/s/ Michael Brian