**Ralph C. Spooner, OSB No. 732880**
E-mail: rspooner@smapc.com
SPOONER & MUCH, P.C.
530 Center Street N.E., Suite 712
Salem, OR 97301
Phone: 503-378-7777
Fax:    503-588-5899

Of Attorney for Defendant State Farm
Mutual Automobile Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| TRAVIS BATTEN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 3:19-cv-01200-MC<br><br>*Consolidated with*:<br>Case No. 1:18-cv-00676-MC<br><br>**DECLARATION OF RALPH C. SPOONER IN SUPPORT OF STATE FARM'S REPLY IN SUPPORT OF STATE FARM'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Ralph C. Spooner, do hereby state as follows:

1. I make this Declaration based on personal knowledge, and I am competent to testify to the matters herein.

2. I am one of the attorneys for defendant State Farm Mutual Automobile Insurance Company ("State Farm") in the above-captioned case.

3. I make this Declaration in support of State Farm's Reply in support of State Farm's Motion for Partial Summary Judgment.

4. Attached as Exhibit 1 to this Declaration is a true and correct copy of Hon. Audrey J. Broyles' letter opinion dated November 21, 2019, granting State Farm's Motion for Summary Judgment in *Crystal Chadwell v. State Farm Mut. Auto. Ins. Co.*, Marion County Circuit Court Case No. 19CV01140.

5. Attached as Exhibit 2 to this Declaration is a true and correct copy of the General Judgment for Declaratory Relief and Money Award signed by Hon. Audrey J. Broyles on December 13, 2019, in *Crystal Chadwell v. State Farm Mut. Auto. Ins. Co.*, Marion County Circuit Court Case No. 19CV01140, with plaintiff Crystal Chadwell's personal information redacted.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED this 21st day of February, 2020.

                                                  s/ Ralph C. Spooner
                                                  RALPH C. SPOONER, OSB# 732880
                                                  Of Attorney for Defendant State Farm Mutual
                                                  Automobile Insurance Company
                                                  E-mail: rspooner@smapc.com
                                                  Fax: (503) 588-5899

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **DECLARATION OF RALPH C. SPOONER IN SUPPORT OF STATE FARM'S REPLY IN SUPPORT OF STATE FARM'S MOTION FOR PARTIAL SUMMARY JUDGMENT** to the following:

| | |
|---|---|
| Michael Brian, OSB No. 710309<br>Brian Law Firm LLC<br>1611 E Barnett Rd<br>Medford, OR 97504<br>Fax: 541-770-5560<br>E-mail address: michael@brianlawfirm.com<br>  Attorney for *Plaintiff* | Travis Eiva, OSB No. 052440<br>Zemper Eiva Law, LLC<br>101 E Broadway, Suite 303<br>Eugene, OR 97401<br>Fax: 458-205-8658<br>E-mail address: travis@zempereiva.com<br>   Co-Counsel for *Plaintiff* |

Donald J. Verfuth, OSB No. 066480
Stephanie M. Ries, OSB No 111734
Gordon Rees Scully Mansukhani, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Fax" 206-689-2822
Email addresses: dverfuth@grsm.com, sries@grsm.com
   Attorneys for *Defendant Illinois National Insurance Company*

☒ by emailing a copy to said attorney at the above email address with consent of counsel;
☐ by mailing a copy in a sealed, first-class, postage prepaid envelope, addressed to said attorneys at the above address and deposited in the U.S. Mail;
☒ by serving correct copies thereof, certified by me as such, to attorneys via the United States District Court for the District of Oregon's CM/ECF filing system.

DATED this 21st day of February, 2020.

s/ Ralph C. Spooner
RALPH C. SPOONER, OSB# 73288
Spooner & Much, P.C.
Attorneys for Defendant State Farm
E-mail: rspooner@smapc.com
Fax: (503) 588-5899