1
2
3
4
5
6
7
8
9
10
11
12

530 Center Street NE • Suite 712 • Salem, OR 97301-3740 • 503-378-7777 • Fax 503-588-5899

SPOONER & MUCH, P.C.
ATTORNEYS AT LAW

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MARION

CRYSTAL CHADWELL,                    )
                                     )      Case No.: 19CV01140
            Plaintiff,               )
                                     )      **GENERAL JUDGMENT FOR**
      vs.                            )      **DECLARATORY RELIEF AND**
                                     )      **MONEY AWARD**
STATE FARM MUTUAL AUTOMOBILE         )
INSURANCE COMPANY,                   )
                                     )
            Defendant.               )
_____)

13    THIS MATTER coming before the court on September 26, 2019, for

14 hearing on defendant's Motion for Summary Judgment, and plaintiff's Cross-Motion

15 for Summary Judgment, Hon. Audrey Broyles presiding. Plaintiff, Crystal Chadwell,

16 appeared by and through her attorney, Jonathan Hess. Defendant, State Farm Mutual

17 Automobile Insurance Company ("State Farm"), appeared by and through its attorneys,

18 Ralph C. Spooner and David E. Smith.

19    The court granted defendant's Motion for Summary Judgment, and

20 denied plaintiff's Cross-Motion for Summary Judgment and entered an Order to that

21 effect.

22    This matter now coming on for entry of judgment, now therefore,

23    IT IS HEREBY ORDERED AND ADJUDGED that the following

24 language found in the State Farm policies, numbered 328 4584-C27-37, 051 8986-C03-

25 37K, and 019 2281-B03-37G, unambiguously limits the damages due to plaintiff for

**EXHIBIT**
**2**

underinsured motorist benefits under the these three policies to $25,000, the single highest applicable limit provided by any one of the policies:

> **If Other Uninsured Motor Vehicle Coverage of Any Kind Applies**
> 1. If Uninsured Motor Vehicle Bodily Injury and Property Damage Coverage provided by this policy and Uninsured Motor Vehicle Coverage of any kind provided by one or more other vehicle policies issued to *you* or any *resident relative* by the *State Farm Companies* apply to the same *bodily injury* or *property damage*, then:
>> a. such Uninsured Motor Vehicle Coverage limits of such policies will not be added together to determine the most that may be paid; and
>> b. the maximum amount that may be paid from all such policies combined is the single highest applicable limit provided by any one of the policies. *We* may choose one or more policies from which to make payment.

IT IS FURTHER ORDERED AND ADJUDGED that the above-referenced language is enforceable under Oregon law.

IT IS FURTHER ORDERED AND ADJUDGED that, because State Farm has already paid $25,000 to plaintiff for underinsured motorist benefits under the three State Farm policies referenced above, State Farm has no further obligation to pay underinsured motorist benefits to plaintiff regarding injuries she sustained from the January 7, 2017 motor-vehicle accident.

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff's Complaint against defendant is dismissed with prejudice and plaintiff is not entitled to Judgment against defendant.

IT IS FURTHER ORDERED AND ADJUDGED that defendant is entitled to Judgment for a Money Award for its costs and disbursements against plaintiff as set forth below:

## MONEY AWARD
### (Costs and Disbursements Only)

1. **Judgment Creditor:**
   Defendant, State Farm Mutual Automobile Insurance Company
   in care of attorney
   Ralph C. Spooner,
   Spooner & Much, P.C.
   530 Center Street, NE, Suite 712
   Salem, OR 97301, (503)378-7777

2. **Judgment Creditor's Attorney:**
   Ralph C. Spooner
   Spooner & Much, P.C.
   530 Center Street NE, Suite 712
   Salem, OR 97301, (503) 378-7777

3. **Judgment Debtor:**
   Plaintiff, Crystal Chadwell

   

4. **Judgment Debtors' Tax Identification Number:**

   

5. **Judgment Debtors' Driver's License:**

6. **Judgment Debtors' Attorney:**
   Jonathan Hess
   Adams Hill & Hess
   339 Washington St SE
   Salem, OR 97302, (503) 399-2667

7. **Interest:**
   Post Judgment Interest accrues at the statutory simple interest rate of
   9% per annum from the date of the entry of the judgment.

/ / /

/ / /

/ / /

**8. Costs and Disbursements:**
$1,010.00 to be entered by the clerk pursuant to ORCP 68C as set forth in Defendant State Farm Mutual Automobile Insurance Company's Statement of Costs and Disbursements.

Signed: 12/13/2019 08:40 AM

_Audrey J. Broyles_

**Circuit Court Judge Audrey J. Broyles**

Judgment prepared by:
Ralph C. Spooner, OSB# 732880
Attorney for Defendant State Farm
Mutual Automobile Insurance Company
E-mail: rspooner@smapc.com
Fax: (503) 588-5899

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that, on the date set forth below, I served a copy of the foregoing

**GENERAL JUDGMENT FOR DECLARATORY RELIEF AND MONEY AWARD** with

**CERTIFICATE OF READINESS** on:

Jonathan D. Hess, OSB No. 012865
Adams, Hill, & Hess
339 Washington St. SE
Salem, OR 97302
Fax: 503-399-2667
E-mail address: jon.hess@adamshillhess.com
   Attorney for *Plaintiff*

☒         by serving a copy through Odyssey File & Serve with consent of counsel;

☒         by emailing a copy to said attorney at the above email address with consent of counsel;

☐         by mailing a copy in a sealed, first-class, postage prepaid envelope, addressed to said attorney at the above address and deposited in the U.S. Mail;

☐         by sending a copy via overnight courier in a sealed, prepaid envelope, addressed to said attorney at the above address;

☐         by faxing a copy to said attorney at the above fax number; and/or

☐         by hand-delivering to said attorney.

DATED this 5th day of December, 2019.


s/ Ralph C. Spooner
RALPH C. SPOONER, OSB# 732880
Attorney for Defendant
E-mail: rspooner@smapc.com
Fax: (503) 588-5899

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MARION

| | | |
|---|---|---|
| CRYSTAL CHADWELL, | ) | Case No.: 19CV01140 |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF READINESS** |
| vs. | ) | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

Pursuant to UTCR 5.100, I hereby certify that the form of Judgment submitted herewith is ready for judicial signature because plaintiff's attorney has stipulated to the form of Judgment in writing.

DATED this 5th day of December, 2019.

s/ Ralph C. Spooner
RALPH C. SPOONER, OSB# 732880
Attorney for Defendant
E-mail: rspooner@smapc.com
Fax: (503) 588-5899