Michael Brian, OSB No. 710309
michael@brianlawfirm.com
Brian Law Firm LLC
1611 East Barnett Rd
Medford, Or 97501
Telephone: (541) 772-1334
Facsimile: (541) 770-5560
Travis Eiva, OSB No. 052440
travis@zempereiva.com
Zemper Eiva Law LLC
101 East Broadway, Ste. 303
Eugene, OR 97401
Telephone: (541)-636-7480
Facsimile: (458) 205-8658

of Attorneys for Plaintiff

Ralph C. Spooner, OSB No. 732880
E-mail: rspooner@smapc.com
Spooner & Much, P.C.
530 Center Street N.E., Suite 712
Salem, OR 97301
Phone: 503-378-7777
Facsimile: Fax: 503-588-5899

Of Attorney for Defendant State Farm
Mutual Automobile Insurance Company

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION**

| | |
|---|---|
| TRAVIS BATTEN,<br><br>      Plaintiff,<br>vs.<br><br>STATE FARM NATIONAL AUTOMOBILE IINSURANCE COMPANY,<br>      Defendants. | Case No. 3:19-cv-01200-MC<br><br>***Consolidated with*:**<br>Case No. 1:18-cv-00676-MC<br><br>**JOINT REQUEST FOR TELEPHONIC CONFERENCE** |

Due to the disturbance of the normal course of proceedings caused by Covid-19, the parties respectfully and jointly request a 10-minute telephonic hearing to discuss the status of this case. The parties anticipate that the telephone conference would take approximately 10 minutes.

/ / / / /

/ / / / /

Page | 1  JOINT REQUEST FOR TELEPHONIC CONFERENCE

DATE: April 16, 2020

     */s/Travis Eiva*
Travis Eiva, OSB No. 052440
Email: travis@zempereiva.com
Of Attorney for Plaintiff

     */s/Michael Brian*
Michael Brian, OSB No. 710309
Email: michael@brianlawfirm.com
Of Attorney for Plaintiff

Ralph Spooner, OSB No.732880
Email: rspooner@smapc.com
Of Attorney for Defendant State Farm